IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-mj-255   *SEALED*

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A SILVER APPLE IPHONE WITH ASSIGNED CALL NUMBER (704) 807-3070, LOCATED AT THE CHARLOTTE MECKLENBURG POLICE DEPARTMENT | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the United States' Motion for an Order directing that the Search Warrant Application, Affidavit, Attachments, Warrant, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further Order of this Court,

**IT IS HEREBY ORDERED** that the Search Warrant Application, Affidavit, Attachments, Warrant, the Motion to Seal, and this Order be sealed until further Order of this Court.

**SO ORDERED** this 3rd day of August 2023.

Signed: August 3, 2023

Susan C. Rodriguez
United States Magistrate Judge