# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A SILVER APPLE IPHONE WITH ASSIGNED CALL NUMBER (704) 807-3070, LOCATED AT THE CHARLOTTE MECKLENBURG POLICE DEPARTMENT | Docket No. 3:23-mj-255-SCR <br><br> **GOVERNMENT'S MOTION TO UNSEAL** |

Now comes the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and submits this motion to unseal the above-captioned Search Warrant, Application, Affidavit and Attachments because returns have been made and the government seeks to provide the information returned in discovery to defense counsel.

Respectfully submitted this 6th day of December 2023.

DENA J. KING
UNITED STATES ATTORNEY

**s/ Robert Gleason**
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office-Western District of North Carolina
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Tel. (704) 344-6222