**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:23-mj-255-SCR**

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF A SILVER APPLE IPHONE WITH ASSIGNED CALL NUMBER (704) 807-3070, LOCATED AT THE CHARLOTTE MECKLENBURG POLICE DEPARTMENT** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion to Unseal,"
filed December 6, 2023. (Doc. No. 5). After careful consideration of the Motion and the record
of this case, for the reasons set forth in the Motion, the undersigned will allow the requested relief.

**IT IS, THEREFORE, ORDERED** that Search Warrant, Application, Affidavit and
Attachments be unsealed.

**SO ORDERED**.

Signed: December 7, 2023

Susan C. Rodriguez
United States Magistrate Judge